**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Percy T. DENNIS, a.k.a. Bobby,**
**Defendant–Appellant.**

**No. 05–10486**
**Non–Argument Calendar.**
**D.C. Docket No. 95–00208–CR–WS.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 18, 2005.

Peter J. Madden, Madden & Soto, Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM.

Peter J. Madden, appointed counsel for Percy T. Dennis, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dennis's revocation of supervised release and sentence is **AFFIRMED**.